IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

      Plaintiff,                    No. CIV S-04-2103 LKK GGH P

    vs.

T. ALBRIGHT, et al.,

      Defendants.               <u>DISCOVERY ORDER</u>

_____/

        Defendants Sacramento County Sheriff's Deputies Timothy Albright, Timothy Wetzel and David Corrie have answered the amended complaint. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

        1. Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 and shall only be filed when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

        2. Responses to written discovery requests shall be due forty-five days after the request is first served;

        3. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days

/////

1  before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P.
2  30(b)(1); and

3      4. If disputes arise about the parties' obligations to respond to requests for
4  discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of
5  the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 7-132, 11-
6  110, 43-140, and 78-230(m) of the Local Rules of Practice for the United States District Court,
7  Eastern District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.
8  Filing of a discovery motion that does not comply with all applicable rules may result in
9  imposition of sanctions, including but not limited to denial of the motion.
10 DATED: 6/15/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14 GGH:bb
   voth2103.440