IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,                No. CIV S-04-2103 LKK GGH P

    vs.

T. ALBRIGHT, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Counsel for defendants has filed a stipulated request to continue discovery and a proposed order. The January 27, 2006 request includes a lodged proposed order via ECF in .pdf format. However, counsel has not submitted a proposed order via email in word processing format in accordance with the local rules. In order for counsel's request to be considered, counsel must fully comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 2/8/06                           /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
voth2103.lcr