IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

      Plaintiff,                      No. CIV S- 04-2103 LKK GGH P

   vs.

T. ALBRIGHT, et al.,

      Defendants.              <u>ORDER</u>

        /

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to defendants' January 27, 2006 "stipulation" and request to extend the deadlines as set forth in the court's December 1, 2005 scheduling order, the court partially grants the request and extends the discovery cut-off date in this matter until April 9, 2006.[1] The other deadlines set in the court's scheduling order remain in effect at this time.

      IT IS SO ORDERED.

DATED: 2/22/06                         /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
voth2103.ord

---

[1] The apparent basis for the extension of time request was a motion for appointment of counsel filed by plaintiff on January 6, 2006. The court denied plaintiff's request for appointment of counsel by <u>Order</u>, filed on February 9, 2006.