IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

      Plaintiff,                     No. CIV S-04-2103 LKK GGH P

   vs.

T. ALBRIGHT, et al.,

      Defendants.       ORDER

_____/

On February 15, 2006, the Magistrate Judge issued an order denying plaintiff's January 6, 2006 motion for appointment of counsel. On March 13, 2006,[1] plaintiff filed an appeal to the district judge of the order, which the court construes as a request for reconsideration of that order. Local Rule 72-303(b) states: "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Even with application of the mailbox rule, plaintiff's request for reconsideration of the magistrate judge's order of February 15, 2006 is untimely.

\\\\\

---

[1] Per the mailbox rule. Houston v. Lack, 487 U.S. 266, 275-76, 108 S.Ct. 2379, 2385 (1988); Koch v. Ricketts, 68 F.3d 1191 (9th Cir. 1995). The request is stamped by the Court Clerk as filed on March 17, 2006.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 13, 2006 request
2  for reconsideration (file-stamped March 17, 2006) is denied.
3  DATED: March 29, 2006.

/s/Lawrence K. Karlton  
UNITED STATES DISTRICT JUDGE

/voth2103.851