IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

       Plaintiff,                  No. CIV S-04-2103 LKK GGH P

   vs.

T. ALBRIGHT, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff has filed a request for an extension of the discovery deadline pursuant to the court's orders of December 1, 2005 and February 23, 2006. The order filed on February 23, 2006 partially granted a stipulated request by the parties. Plaintiff, in seeking additional time for discovery, is in effect seeking a second extension of time. The court will partially grant this request. No further extensions of time will be granted.

       IT IS HEREBY ORDERED that:

       1. Plaintiff's March 27, 2006 request for an extension of time is granted; and

       2. Discovery shall be completed on or before May 9, 2006. No further extensions of time will be granted.

DATED: 4/5/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
voth2103.36sec