IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

    Plaintiff,               No. CIV S- 04-2103 LKK GGH P

    vs.

T. ALBRIGHT, et al.,

    Defendants.        ORDER

---

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed on March 30, 2006, the district judge denied as untimely plaintiff's March 13, 2006 request[1] for reconsideration of the February 15, 2006 order of the undersigned wherein plaintiff's January 6, 2006 motion for appointment of counsel was denied.

        Plaintiff has now filed an "objection and request for reconsideration of order denying request for reconsideration." Such a filing is not contemplated by the Federal Rules of Civil Procedure nor by the Local Rules.

\\\\\

\\\\\

\\\\\

---

[1] Plaintiff was afforded the benefit of the mailbox rule. The request was file-stamped March 17, 2006.

Accordingly, IT IS ORDERED that plaintiff's inapposite April 12, 2006 request for reconsideration of the March 30, 2006 order denying plaintiff's request for reconsideration be disregarded.

DATED: 4/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
voth2103.dsr