IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

   Plaintiff,      No. CIV S-04-2103 LKK GGH P

  vs.

T. ALBRIGHT, et al.,

   Defendants.    ORDER

_____/

   Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On January 13, 2006, defendants filed a motion to compel the deposition of plaintiff. Defendants had noticed plaintiff's deposition for January 9, 2006; however, although plaintiff had not previously informed defense counsel of any objection to the taking of his deposition, when defendants' counsel arrived at Salinas Valley State Prison on the designated date, plaintiff objected to the taking of his deposition because he had just filed, on January 6, 2006, a motion for appointment of counsel. Plaintiff asked that his deposition be re-noticed once a decision by the court had been rendered. See Motion to Compel Deposition, pp. 1-2; Declaration of Jeri Papone. By their motion, defendants seek an order compelling the deposition of plaintiff in order to avoid further prejudice and also seek the sanction of dismissal should plaintiff fail for a second time to submit to a reasonably noticed deposition, pursuant to Fed. R. Civ. 37(b). Id., at 2.

1  The parties stipulated to an extension of the discovery cut-off deadline and filed a
2  request to extend the court discovery deadline, which request was partially granted, by order filed
3  on February 23, 2006.  Plaintiff's motion for appointment of counsel was denied on February 9,
4  2006, and his request for reconsideration of the denial to the district judge was denied as
5  untimely, by order filed on March 30, 2006.

6  No opposition to the motion to compel his deposition was filed by plaintiff nor
7  has there been any follow-up by defendants informing the court whether or not plaintiff's
8  deposition was re-noticed and has been taken.

9  Accordingly, IT IS ORDERED that defendants' January 13, 2006 motion for the
10 court to compel plaintiff's deposition is denied as moot without prejudice to defendants
11 demonstrating, within 10 days, that the motion has not been mooted by subsequent events.

12 DATED: 5/12/06                                          /s/ Gregory G. Hollows

13                                                        _____
                                                          GREGORY G. HOLLOWS
14                                                        UNITED STATES MAGISTRATE JUDGE

15 GGH:009
   voth2103.osc