IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

      Plaintiff,                     No. CIV S-04-2103 LKK GGH P

      vs.

T. ALBRIGHT, et al.,

      Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter now proceeds on a second ("final") amended complaint filed on November 7, 2006, pursuant to this court's October 20, 2006, order, granting plaintiff leave to amend. In addition to the previously named defendants, Sacramento County Sheriff's Deputies Albright, Corrie and Wetzel, plaintiff has newly named the following Sacramento County Sheriff's Deputies as defendants: Gooler, Leon, Long. All defendants, Albright, Corrie, Wetzel, Gooler, Leon and Long have answered the second amended complaint. See Answer, filed on November 9, 2006.

        In the October 20, 2006, order the court also included the following with respect to a motion to compel further discovery brought by plaintiff.

        **The court, therefore, will direct defendants to produce, within**

1

1  **thirty days, to the undersigned any and all records of any
2  complaint or grievance alleging excessive force by any of the
   defendants, Albright, Wetzel, and Corrie, maintained in the
3  personnel records or files of each defendant.  With respect to
   the Internal Affairs investigation of the incident giving rise to
4  this cause of action, defendants Albright, Wetzel and Corrie
   must produce, within thirty days, the record of that
5  investigation and any testimony, report and findings involving
   the participation or involvement of any or all of them in the
6  incident.   Personal data, such as the defendants' social security
   numbers and home addresses, should be redacted from any
7  documents prior to submission to the court for its in camera
   review.**

8  See Order, filed on 10/20/06, p. 14 (bold print in original).

9          Defendants have complied with that portion of the order regarding production of
10 the Internal Affairs investigation of the October 3, 2003, incident at issue in this action, and the
11 court has completed its in camera review of the documents contained in that investigatory report.
12 However, it does not appear that defendants have complied with the first portion of the order,
13 requiring production by defendants of any and all records of any complaint or grievance alleging
14 excessive force by defendants Albright, Wetzel, and Corrie maintained in the personnel records
15 or files of each defendant.   In fact, it appears only that these defendants have produced to this
16 court for in camera review only a cover sheet or summary with respect to any other instances of
17 complaints or allegations of excessive force as to each defendant without producing the
18 substance of the allegations.  Defendants Albright, Wetzel and Corrie are now required to do so
19 **within ten days**.

20         As to any of these defendants against whom no other excessive force allegations
21 have been made, of course, defendants are required to produce nothing further.  As to any
22 defendant against whom allegations of excessive force have been made which have been
23 administratively determined to have been "unfounded" or of which a defendant has been
24 "exonerated," defendants must produce the substance and circumstances of the allegation(s) and
25 the grounds or basis for the resolution thereof.  As to any allegations of excessive force that have
26 \\\\\

1  been "sustained" or for which any conclusion remains "undetermined," defendants must produce
2  the entire record of such allegations and any ensuing investigation.
3        IT IS SO ORDERED.
4  DATED: 12/4/06            /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
voth2103.dsc2