1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN D. VOTH,

11          Plaintiff,                    No. CIV S- 04-2103 LKK GGH P

12      vs.

13   T. ALBRIGHT, et al.,

14          Defendants.                   ORDER
                                   /
15   _____

16          Subject to the terms and conditions set forth in the Amended Discovery

17   Protective Order, filed on April 10, 2007 (# 71), and the modification and redactions identified

18   herein, defendants must produce the following documentation submitted for in camera review:

19          Prior to production, for identification purposes (see amended protective order),

20   defendants must Bates-stamp each page to be produced and then produce the following:

21          •       The entire record of "Internal Affairs Investigation 02-1A-93."
                    Defendants must redact the names and addresses of the complaining
22                  party/parties therein and of any non-police witnesses or other civilian (that
                    is, non-law enforcement) parties.
23

24          If there is any duplication among the documents ordered produced, defendants

     may omit duplicates.  Defendants must retrieve, within 10 days, the documents produced to
25

26   chambers and make immediate arrangements to produce the documents designated herein to

                                        1

1   plaintiff.  Defendants must show proof to the court of having produced the documents to

2   plaintiff, subject to the provisions of the previously referenced amended protective order as well

3   as to the redactions ordered herein, within 30 days of the filed date of this order.

4           The court herein modifies ¶ 17 of the Amended Discovery Protective Order,

5   should defendants elect to make arrangements pursuant to that provision, to limit plaintiff to a

6   period of time not to exceed three (3) hours to review the documents ordered produced herein.

7           IT IS SO ORDERED.

8   DATED: 04/09/08

                                          /s/ Gregory G. Hollows
9
                                          _____
10                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
    GGH:009
11  voth2103.dsc2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26