IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,                    No. CIV S-04-2103 LKK GGH P

    vs.

T. ALBRIGHT, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On June 1, 2009, plaintiff filed his third motion for the appointment of counsel.  Plaintiff's previous requests were filed on January 6, 2006, and September 20, 2006.  All motions were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 1, 2009 motion for appointment of counsel (Docket No. 98) is denied.

DATED: June 24, 2009

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
voth2103.31thr