## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,                No. CIV S-04-2103 LKK GGH P

  vs.

T. ALBRIGHT, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        John D. Voth, inmate # H-31848, a necessary and material witness in proceedings in this case on August 31, 2009, is confined at Correctional Training Facility, Highway 101 North, P.O. Box 686, Soledad, California, 93960-0686, in the custody of Warden Ben Curry; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Correctional Training Facility, August 31, 2009, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Ben Curry, Correctional Training Facility, Highway 101 North, P.O. Box 686, Soledad, California, 93960-0686:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 20, 2009

                                                                   /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:mp
voth2103.841lkktch