IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,                    No. CIV S-04-2103 LKK GGH P

    vs.

T. ALBRIGHT, et al.,

        Defendants.            <u>ORDER</u>

_____/

        This matter came on for a trial confirmation hearing on August 31, 2009. John Lavra, of Longyear, O'Dea and Lavra, LLP, appeared on behalf of the defendants. Plaintiff pro se appeared via video-conferencing. Following the hearing, the court makes the following ORDERS:

        1. The court will accept as additional potential trial exhibits the photos and drawings plaintiff belatedly referenced, so long as he includes copies of them in the mail to defendants' counsel at the time for the exchange of exhibits by both parties, that is, by ten days following the date of the instant trial confirmation hearing, not later than September 15, 2009; and

\\\\\

\\\\\

2. The date and time of the jury trial is confirmed before the undersigned for December 8, 2009, at 10:30 a.m., in Courtroom # 4.

DATED: September 1, 2009.

>  _____
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT

2