# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,           No. CIV S-04-2103 LKK GGH

  vs.

T. ALBRIGHT, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                  /        **AD TESTIFICANDUM**

        John D. Voth, inmate #H-31848, a necessary and material witness in proceedings in this case on December 8, 2009, is confined in California Training Facility, Soledad, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom 4, United States Courthouse, 501 I Street, Sacramento, California on December 8, 2009, at 10:30 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden Ben Curry, California Training Facility, Highway 101 North, P.O. Box 686, Soledad, California, 93960-0686:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 27, 2009

                                                                       /s/ Gregory G. Hollows

                                                                       GREGORY G. HOLLOWS
                                                                       UNITED STATES MAGISTRATE JUDGE

GGH:md; voth2103.841