IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

      Plaintiff,               No. CIV S-04-2103 LKK GGH P

   vs.

T. ALBRIGHT, et al.,

      Defendants.       <u>ORDER</u>

_____/

      Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Silvio Reggiardo has been selected from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This matter is set for a status hearing at 3:30 p.m. on January 25, 2010 before the undersigned in chambers. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

////

2. Silvio Reggiardo shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Silvio Reggiardo, Downey Brand, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

DATED: January 5, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT