UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,

    v.

T. ALBRIGHT, et al.,

        Defendants.
                               /

NO. CIV. S-04-2103 LKK/GGH P

O R D E R

    A status conference was held in chambers on January 25, 2010. After hearing, the court orders as follows:

    1.    A further status conference is set for April 19, 2010 at 2:30 p.m.

    2.    Discovery and law and motion are reopened.

    IT IS SO ORDERED.

    DATED: January 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1