## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,                  Case No. 2:04-CV-2103-LKK-GGH

  vs.

T - ALBRIGHT, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                       /         **AD TESTIFICANDUM**

        John D. Voth, inmate # H-31848, a necessary and material witness in proceedings in this case on July 8, 2010, is confined in Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd, to appear by video conference at Sierra Conservation Center, on July 8, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Drozd by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 11, 2010.

                                                  /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

voth2103.841