DOWNEY BRAND LLP
MICHAEL SCHAPS (Bar No. 247423)
RAMAAH SADASIVAM (Bar No. 267156)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mschaps@downeybrand.com
rsadasivam@downeybrand.com

Attorneys for Plaintiff
JOHN D. VOTH

LONGYEAR, O'DEA & LAVRA LLP
JOHN A. LAVRA (Bar No. 114533)
JERI L. PAPPONE (Bar No. 210104)
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
lavra@longyearlaw.com

Attorneys for Defendants
TIMOTHY ALBRIGHT, TIMOTHY WETZEL,
DAVID CORRIE, TODD GOOLER, DAVID
LEON, AND JEFFREY LONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VOTH,<br><br>           Plaintiff,<br><br>      v.<br><br>TIMOTHY ALBRIGHT, et al.,<br><br>           Defendants. | Case No.  CIV S-04-2103 LKK GHH P<br><br>**ORDER** |

Having considered the Joint Request to Continue the Deadline to File Motions in Limine, Responsive Briefs, and Closing Briefs filed by Plaintiff John D. Voth and Defendants Timothy Albright, Timothy Wetzel, David Leon, Todd Gooler, Jeffrey Long, and David Corrie, and for good cause shown, the Court hereby orders that:

Section XXIII of the Court's February 17, 2011 Pretrial Conference Order in the above-

1149787.3                                             1

entitled case will be modified to continue the deadline for the parties to file motions in limine fifteen (15) days before trial, responsive briefs within ten (10) days, and closing briefs three (3) days thereafter.

IT IS SO ORDERED.

Dated:  March 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT