UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. VOTH,

        Plaintiff,

    v.

TIMOTHY ALBRIGHT, et al,

        Defendants.

                              NO. Civ.S-04-2103 LKK/EFB

**ORDER**

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order. <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

//

1

2. All hearing dates heretofore set in this matter are **VACATED.**

3. The Writ of Habeas Corpus Ad Testificandum filed on March 10, 2011, as to inmate John D. Voth, is **VACATED**.

4. The Clerk of the Court is directed to serve this order on the Warden, Mt. Bullion Conservation Camp, 5730 Mt. Bullion Access Road, Mariposa, California the, 95338; and on the Out-To-Court Desk, California State Prison – Sacramento, P.O. Box 290007, Represa, California 95671.

DATED: March 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2