John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants

DOWNEY BRAND LLP
MICHAEL SCHAPS (Bar No. 247423)
RAMAAH SADASIVAM (Bar No. 267156)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mschaps@downeybrand.com
rsadasivam@downeybrand.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VOTH, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY ALBRIGHT, et al., <br><br> Defendants. | **CASE NO.: CIV S-04-2103 LKK GHH P** <br><br> STIPULATION TO CONTINUE DATE OF FINAL DISPOSITION <br><br> ORDER |

Due to the county's claimed inability to issue the agreed upon settlement check prior to the date that final dispositional documents were ordered to be filed by this court, the parties hereto, by and through their respective counsel, do hereby agree and stipulate to an extension of time for the completion of and filing of dispositional documents in this matter for an additional week, until June 3, 2011. The settlement has been approved by the County of Sacramento and the written settlement agreement has been executed by defendants' counsel and County of

Sacramento representatives.  However, the settlement check has not yet been issued by the County of Sacramento.

    IT IS SO STIPULATED:

Dated: May 25, 2011.       LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Jeri L. Pappone*
JOHN A. LAVRA
JERI L. PAPPONE
Attorneys for Defendants

DATED:   May 25, 2011      DOWNEY BRAND, LLP

By: */s/ Michael A. Schaps*
MICHAEL A. SCHAPS
Attorneys for Plaintiff
JOHN D. VOTH

    IT IS SO ORDERED:

DATED:  May 26, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

STIPULATION
Page 2