DOWNEY BRAND LLP
MICHAEL SCHAPS (Bar No. 247423)
RAMAAH SADASIVAM (Bar No. 267156)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
mschaps@downeybrand.com
rsadasivam@downeybrand.com

Attorneys for Plaintiff
JOHN D. VOTH

LONGYEAR, O'DEA & LAVRA LLP
JOHN A. LAVRA (Bar No. 114533)
JERI L. PAPPONE (Bar No. 210104)
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
lavra@longyearlaw.com

Attorneys for Defendants
TIMOTHY ALBRIGHT, TIMOTHY WETZEL,
DAVID CORRIE, TODD GOOLER, DAVID
LEON, AND JEFFREY LONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. VOTH,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMOTHY ALBRIGHT, et al.,<br><br>            Defendants. | Case No.  CIV S-04-2103 LKK GHH P<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

1162383.1

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED:  June 3, 2011 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | */s/ Ramaah Sadasivam* |
| 4 | | RAMAAH SADASIVAM<br>Attorneys for Plaintiff<br>JOHN D. VOTH |
| 5 | DATED:  June 3, 2011 | DOWNEY BRAND LLP |
| 6 | | |
| 7 | | |
| 8 | | By:      */s/ John Lavra*<br>JOHN LAVRA |
| 9 | | Attorneys for Defendants<br>TIMOTHY ALBRIGHT, TIMOTHY WETZEL, |
| 10 | | DAVID CORRIE, TODD GOOLER, DAVID<br>LEON, AND JEFFREY LONG |

### **ORDER**

IT IS HEREBY ORDERED that Plaintiff John D. Voth's claims against Defendants Timothy Albright, Timothy Wetzel, David Corrie, Todd Gooler, David Leon, and Jeffrey Long, as set forth in the Complaint filed in Case No. CIV S-04-2103 LKK GHH P, are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  June 6, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT